Christopher L. Dueringer (SBN 173746)
    cldueringer@bryancave.com
Robert N. Treiman (SBN 133299)
    robert.treiman@bryancave.com
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Defendant
BANK OF AMERICA, N.A.

JS-6

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ROGER GONZALES, an individual, and BRENDA GONZALES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., an entity whose form is unknown, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. SACV10-1453-CJC (FMOx)<br><br>Judge Cormac J. Carney<br><br>**JUDGMENT** |

Having reviewed the Court's docket and the papers on file in the above-captioned matter, the Court finds the following:

1. On August 25, 2010, Plaintiffs Roger and Brenda Gonzales ("Plaintiffs") filed this action in the Superior Court of the State of California, for the County of Orange.

2. On September 27, 2010, Defendant Bank of America, N.A. ("BANA") removed this action to this Court based on diversity of citizenship.

3. On October 4, 2010, BANA filed its motion to dismiss this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

4. On November 4, 2010, the Court granted BANA's motion to dismiss for the reasons stated in the Court's order filed that date, and granted Plaintiffs 20 days' leave to amend.

5. Plaintiffs did not file an amended complaint within the time specified by the Court for amendment.

Accordingly, it is ORDERED, ADJUDGED AND DECREED as follows:

That Defendant Bank of America, N.A. shall have judgment against Plaintiffs Roger and Brenda Gonzales on all claims, that Plaintiffs take nothing by virtue of their complaint, and that this action is hereby dismissed.

Dated: December 3, 2010

By: _____
Hon. Cormac J. Carney
United States District Judge

1

JUDGMENT